AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

FILED

MAY – 5 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| United States of America<br>v.<br><br>Eduardo PEREZ-LEGRA<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 4:26mj 32 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>May 4, 2026</u>, in the city of <u>Newport News, Virginia</u>, in the <u>Eastern District of</u> <u>Virginia</u>, the defendant(s) violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substance |

This criminal complaint is based on these facts: Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

Alyson C. Yates
Assistant United States Attorney

_____
*Complainant's signature*

Todd D. Lyons, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  May 5, 2026

City and state:  Norfolk, Virginia

_____
*Judge's signature*

Hon. Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*